UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport New Division

**JERRY AYERS,**

           **Plaintiff,**          Case No. 4:14-cv-00023-RAJ-TEM

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., EQUIFAX INFORMATION
SERVICES, LLC., AND CACH, LLC.**

           **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, **JERRY AYERS**, by counsel, pursuant to F.R.C.P. 41(a)(1), and hereby files this Notice of Voluntary Dismissal as to Defendant, CACH, LLC., as Defendant has not filed or served an Answer or Motion for Summary Judgment in this action.

                          **JERRY AYERS**,

                          _____/s/_____
                          Leonard A. Bennett, Esq.
                          VSB #37523
                          Attorney for Plaintiff
                          CONSUMER LITIGATION
                          ASSOCIATES, P.C.
                          763 J. Clyde Morris Boulevard, Suite 1-A
                          Newport News, Virginia 23601
                          (757) 930-3660 - Telephone
                          (757) 930-3662 – Facsimile
                          E-mail: lenbennett@clalegal.com

**Certificate of Service**

      I hereby certify that on this 16th day of April, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23219
E-mail:  david.anthony@troutmansanders.com

Michael Robert Ward
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA  23218
E-mail:  mward@morrismorris.com

John Willard Montgomery, Jr.
John W. Montgomery, Jr. Attorney, PLC
2116 Dabney Road
Suite A-1
Richmond, VA  23230
E-mail:  jmontgomery@jwm-law.com

          /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com