IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JERRY E. AYERS,

    Plaintiff

v.                              CIVIL NO. 4:14cv23

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC., and CACH, LLC.

    Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **JERRY E. AYERS**, and the Defendant **TRANS UNION, LLC**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *TRANS UNION, LLC.,* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant, TRANS UNION, LLC.*, is hereby DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 8th day of September, 2014.

/s/ Raymond A. Jackson
United States District Judge
JUDGE

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
VSB: 37523
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*

_____
Michael Robert Ward
VSB: 41133
Morris & Morris, PC
11 South 12th Street
5th Floor
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
E-mail: mward@morrismorris.com

*Counsel for Trans Union, LLC.*